JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARRAIGA JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a government entity, and DOES 1-10, <br><br> Defendants. | CASE NO. CV15-07742 R (Ex) <br> (Assigned to Hon. Manuel L. Real) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action against all Defendants **CITY OF LOS ANGELES** and **LOS ANGELES POLICE DEPARTMENT** is dismissed, with prejudice in its entirety.  Each party to bear their own costs and fees.  This dismissal does not constitute an adjudication on the merits. **IT IS SO ORDERED.**

Dated: July 29, 2016   _____

**HONORABLE MANUEL L. REAL**
**UNITED STATES DISTRICT JUDGE**

1